1  JULIE M. MCCOY, Bar no. 129640
   485 E. 17TH ST. SUITE 111
2  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
3  Fax: (949) 722-8416

4  Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 09-0251 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| PAUL L. TERRY, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Paul L. Terry, in the principal amount of $2,444.47 plus interest accrued to November 26, 2008, in the sum of $4,770.47; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of $**7,214.94**.

DATED: 1/16/2009        By: TERRY NAFISI
                             Clerk of the Court


                             /S/ L. RAYFORD
                             Deputy Clerk
                             United States District Court